UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Ralph E. Grabowski | ) | |
| | ) | |
| Plaintiff | ) | 04cv10905 MEL |
| -vs- | ) | AFFIDAVIT OF AUTHORIZED SERVICE |
| Qualcore Logic (Analog), Inc., | ) | |
| QualCore Group, Inc., Teraburst | ) | Summons, Complaint and Jury Demand with Exhibit |
| Networks, Inc. | ) | A |
| Defendant | ) | |

FILED IN CLERKS OFFICE
2004 MAY 26  A 11: 56
U.S. DISTRICT COURT
DISTRICT OF MASS.

Received by 1-800-SERVE-EM on May 7, 2004 at 11:38 AM to be served on QualCore Group, Inc., 888 E. Arques Avenue Sunnyvale, CA 94085.

I, Frank Smith, who being duly sworn, depose and say that on May 12, 2004 at 12:28 PM, I:

Served QualCore Group, Inc. by delivering a true copy of the Summons, Complaint and Jury Demand with Exhibit A with the date and hour of service endorsed thereon by me, to QualCore Group, Inc., Sridhar Yarlagadda, Assistant Controller, authorized to accept service at 1289 Anvilwood AVE Sunnyvale, CA 94085.

I am over the age of 18 and have no interest in the above action, and am a Certified Process Server in good standing in the county in which the process was served.

**FRANK SMITH**
SANTA CLARA COUNTY #992

Frank Smith
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2004057653
Reference: 04cv10905 MEL

State of:
County of:
Subscribed and sworn to before me,

NOTARY PUBLIC