UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Ralph E. Grabowski | ) | |
| Plaintiff | ) | 04cv10905 MEL |
| -vs- | ) | AFFIDAVIT OF AUTHORIZED SERVICE |
| Qualcore Logic (Analog), Inc., QualCore Group, Inc., Teraburst Networks, Inc. | ) ) ) | Summons, Complaint and Jury Demand with Exhibit A |
| Defendant | ) | |

Received by 1-800-SERVE-EM on May 7, 2004 at 12:59 PM to be served on Qualcore Logic (Analog), Inc., 84 W. Santa Clara San Jose, CA 95113.

I, Martin McCormic, who being duly sworn, depose and say that on May 14, 2004 at 9:15 AM, I:

Served Qualcore Logic (Analog), Inc. by delivering a true copy of the Summons, Complaint and Jury Demand with Exhibit A with the date and hour of service endorsed thereon by me, to Qualcore Logic (Analog), Inc., Natalie Bybee, Director of Internal Resources, authorized to accept service at 1289 Anvilwood AVE Sunnyvale, CA 94085.

I am over the age of 18 and have no interest in the above action, and am a Certified Process Server in good standing in the county in which the process was served.

*[signature]*

Martin McCormic
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2004057576
Reference: 04cv10905 MEL

MARTIN J. McCORMIC
SANTA CLARA COUNTY #996

State of:
County of:
Subscribed and sworn to before me,

NOTARY PUBLIC