UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Ralph E. Grabowski | ) | |
| | ) | |
| Plaintiff | ) | 04cv10905 MEL |
| -vs- | ) | AFFIDAVIT OF AUTHORIZED SERVICE |
| | ) | |
| QualCore Logic (Analog), Inc., | ) | |
| QualCore Group, Inc., Teraburst | ) | Summons, Complaint and Jury Demand with Exhibit |
| Networks, Inc. | ) | A |
| | ) | |
| Defendant | ) | |

FILED
IN CLERKS OFFICE

2004 MAY 26  A 11: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

Received by 1-800-SERVE-EM on May 7, 2004 at 12:51 PM to be served on TeraBurst Networks, Inc., 1289 Anvilwood Avenue Sunnyvale, CA 94089.

I, Martin McCormic, who being duly sworn, depose and say that on May 12, 2004 at 9:15 AM, I:

Served TeraBurst Networks, Inc. by delivering a true copy of the Summons, Complaint and Jury Demand with Exhibit A with the date and hour of service endorsed thereon by me, to TeraBurst Networks, Inc., Sridhar Yarlagadda, Assistant Controller, authorized to accept service at 1289 Anvilwood Avenue Sunnyvale, CA 94089.

I am over the age of 18 and have no interest in the above action, and am a Certified Process Server in good standing in the county in which the process was served.

MARTIN J. McCORMIC
SANTA CLARA COUNTY #996

Martin McCormic
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2004057718
Reference: 04cv10905 MEL

1-800-SERVE-EM

State of:
County of:
Subscribed and sworn to before me,

_____
NOTARY PUBLIC