**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG), INC.; QUALCORE GROUP, INC.; and TERABURST NETWORKS, INC.,<br><br>Defendants. | No. 04-CV-10905 (MEL) |

**[PROPOSED] ORDER TO STRIKE
PARAGRAPHS 33, 34, 35 AND PORTIONS OF PARAGRAPH 36
FROM PLAINTIFF'S COMPLAINT**

Upon consideration of Defendant QualCore Logic (Analog), Inc.'s Motion to Strike Paragraphs 33, 34, and 35 from Plaintiff's Complaint, it is hereby

ORDERED, that the same be and is hereby ALLOWED, and it is further

ORDERED, that paragraphs 33, 34, and 35 are hereby stricken from Plaintiff's Complaint, and it is further

ORDERED, that, in paragraph 36 of the Complaint, the phrase "rejecting the Proposed Release document" in the first sentence and the phrase "in an attempt to force…[Grabowski] to give up the rest of his contractual rights" in the third sentence are hereby stricken.

_____

Dated: _____