## EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG), INC.; QUALCORE GROUP, INC.; and TERABURST NETWORKS, INC.,<br><br>Defendants. | No. 04-CV-10905 (MEL) |

**[PROPOSED] ORDER TO DISMISS
COUNT III (93A CLAIM) FROM PLAINTIFF'S COMPLAINT**

Upon consideration of Defendant QualCore Logic (Analog), Inc.'s Motion to Dismiss Count III (93A Claim) of Plaintiff's Complaint, it is hereby

ORDERED, that the same be and is hereby ALLOWED, and it is further

ORDERED, that Count III in Plaintiff's Complaint is hereby DISMISSED.

_____

Dated: _____

FHBoston/1075896.4

- 5 -