UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG),<br>INC.; QUALCORE GROUP, INC.; and<br>TERABURST NETWORKS, INC.,<br><br>    Defendants. | No. 04-CV-10905 (MEL)<br>**(Oral Argument Requested)** |

## TERABURST NETWORKS, INC. and QUALCORE GROUP, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, TeraBurst Networks, Inc. ("TeraBurst") and QualCore Group, Inc. ("QualCore Group") move to dismiss this lawsuit for lack of personal jurisdiction. There are virtually no contacts between either TeraBurst or QualCore Group and Massachusetts, and absolutely none that gave rise to this cause of action. Thus, as more fully set forth in the memorandum filed herein in support of this motion, this Court cannot, as a matter of law, exercise personal jurisdiction over either TeraBurst or QualCore Group in a manner consistent with either the Massachusetts long-arm statute or the Constitution's Due Process requirements. The Court should therefore dismiss Plaintiff's Complaint against both TeraBurst and QualCore Group for lack of personal jurisdiction.

### Oral Argument Requested

TeraBurst and QualCore Group respectfully request that the Court grant oral argument on this motion, as they believe that argument will assist the Court in its determination of this motion.

                                Respectfully submitted,

                                TERABURST NETWORKS, INC.
                                and
                                QUALCORE GROUP, INC

                                */s/ Michele A. Whitham*
                                Michele A. Whitham, BBO # 553705
                                John M. Granberry, BBO # 647086
                                Foley Hoag LLP
                                155 Seaport Boulevard
                                World Trade Center West
                                Boston, MA 02210-2600
                                (617) 832-1000

Dated: June 30, 2004

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, John M. Granberry, hereby certify that on June 30, 2004, I conferred in good faith by telephone with Marc N. Henschke, counsel for Plaintiff, regarding the issues raised in the foregoing motion. Mr. Henschke did not assent to the Motion.

                                */s/ John M. Granberry*
                                John M. Granberry