UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>             Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG),<br>INC.; QUALCORE GROUP, INC.; and<br>TERABURST NETWORKS, INC.,<br><br>             Defendants. | No. 04-CV-10905 (MEL) |

## **DECLARATION OF MAHENDRA JAIN**

I, Mahendra Jain, hereby depose and state:

    1. I am the President and Chief Executive Officer of QualCore Group, Inc. I am over eighteen years of age, and am legally competent to provide this Declaration. This Declaration is based upon my own personal knowledge, as well as my review of the business records and books of QualCore Group, Inc. ("QualCore Group") and other reliable sources of information within QualCore Group.

    2. I make this Declaration in support of QualCore Group's Motion to Dismiss for Lack of Personal Jurisdiction.

### **QualCore Group**

    3. QualCore Group was incorporated under the laws of Delaware on August 17, 1998. Since its inception, QualCore Group was, and continues to be, headquartered in Sunnyvale, California. Its current address is 1289 Anvilwood Avenue, Sunnyvale, California 94089.

FHBoston/1074872.1

4. On December 17, 2002, QualCore Group became a wholly-owned subsidiary of TeraBurst Networks, Inc. ("TeraBurst), pursuant to the filing of a Certificate of Merger with the Delaware Secretary of State.

5. QualCore Group is a holding company, with no operational function, of QualCore Logic (Analog), Inc.

6. QualCore Logic (Analog), Inc. ("Analog") became a wholly-owned subsidiary of QualCore Group on August 20, 2003 pursuant to the filing a Certificate of Merger with the Delaware Secretary of State, when a subsidiary of QualCore Group, established solely for the purposes of effectuating the merger ("Merger Sub"), merged with and into LEDA Systems, leaving LEDA Systems as the surviving corporation. In connection with this transaction, LEDA Systems changed its name to QualCore Logic (Analog), Inc. Analog continues to be a wholly-owned subsidiary of QualCore Group.

7. LEDA Systems was originally a privately held Texas corporation, with its headquarters in Texas, that re-incorporated under Delaware law in 1997. Analog is currently headquartered in California.

8. Prior to the above referenced merger, QualCore Group had no relationship of any kind with LEDA Systems.

**Lack of Presence of QualCore Group in Massachusetts**

9. Neither prior to, nor since August 20, 2003, has QualCore Group had any contacts with the Commonwealth of Massachusetts.

10. QualCore Group is not incorporated in Massachusetts.

11. QualCore Group does not have an office or place of business in Massachusetts.

12. QualCore Group does not have a mailing address in Massachusetts.

13. QualCore Group does not have a registered agent in Massachusetts.

14. QualCore Group is not registered to transact business in Massachusetts.

15. QualCore Group has not transacted any business in Massachusetts.

16. QualCore Group has not consented to be sued in Massachusetts.

17. QualCore Group has not designated an agent for service of process in Massachusetts.

18. QualCore Group is not listed in any telephone or business directory in Massachusetts.

19. QualCore Group does not have any employees or agents who reside in Massachusetts.

20. Neither directors, officers nor employees of QualCore Group have traveled to Massachusetts to conduct any business of QualCore Group.

21. QualCore Group does not own property, either personal or real, in Massachusetts.

22. QualCore Group does not have any inventory located in Massachusetts.

23. QualCore Group has no sales in Massachusetts.

24. QualCore Group has no shareholders in Massachusetts.

25. QualCore Group has not contracted to supply services or things to Massachusetts.

26. QualCore Group does not maintain any assets or bank accounts in Massachusetts.

27. QualCore Group has not engaged any independent contractors to work in Massachusetts.

28. QualCore Group has not paid any unemployment taxes or any other taxes in Massachusetts, nor has it been required to pay such taxes.

29. QualCore Group has never conducted any fund-raising efforts, advertising or other similar activities in Massachusetts.

30. To whatever extent any witnesses associated with, or documents related to, the defense of the claims in this action are in QualCore Group's possession, custody or control - and QualCore Group believes there are none - they are located outside of Massachusetts.

31. In sum, QualCore Group has no relationship with Massachusetts.

**Lack of Relationship with Plaintiff, Ralph E. Grabowski**

32. At no time was the Plaintiff in this matter ever an employee, agent, independent contractor or consultant of QualCore Group.

33. QualCore Group has never entered into a contract for services with Plaintiff, nor has QualCore Group ever promised to pay him for any services.

34. QualCore Group has never directed Plaintiff to perform work for QualCore Group.

35. Plaintiff has never performed services that have benefited QualCore Group.

36. In sum, QualCore Group has no relationship with Ralph E. Grabowski.

Sworn under the pains and penalty of perjury this 29th day of June, 2004.

_____
Mahendra Jain