UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>              Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG),<br>INC.; QUALCORE GROUP, INC.; and<br>TERABURST NETWORKS, INC.,<br><br>              Defendants. | No. 04-CV-10905 (MEL) |

**ERRATA OF TERABURST NETWORKS, INC. and QUALCORE GROUP, INC.**

      Attached heretofore is an amended Memorandum of Law submitted by TeraBurst Networks, Inc. and QualCore Group, Inc in support of their Motion to Dismiss for Lack of Personal Jurisdiction, filed yesterday with this Court.  The Amended Memorandum corrects some citations to the numbered paragraphs cited to in the Declarations of Johan Pirot and Mahendra Jain, each also filed yesterday in support of the memorandum, and adds three citations to the Declarations that were inadvertently omitted.  This errata corrects only clerical errors; there have been no substantive changes in the memorandum.

      Wherefore, TeraBurst Networks, Inc. and QualCore Group, Inc. respectfully request that the Court substitute this Amended Memorandum for the version filed yesterday.

      Respectfully submitted,

      TERABURST NETWORKS, INC.
      and
      QUALCORE GROUP, INC

      /s/ Michele A. Whitham_____
      Michele A. Whitham, BBO # 553705
      John M. Granberry, BBO # 647086

                      Foley Hoag LLP
                      155 Seaport Boulevard
                      World Trade Center West
                      Boston, MA 02210-2600
                      (617) 832-1000

Dated: July 1, 2004