IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RALPH E. GRABOWSKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QUALCORE LOGIC (ANALOG), INC.; )<br>QUALCORE GROUP, INC.; and )<br>TERABURST NETWORKS, INC., )<br>)<br>Defendants. ) | No. 04-CV-10905 (MEL) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time within which the plaintiff may respond to (1) Qualcore Logic (Analog), Inc.'s Motion to Dismiss Count III (M.G.L. Ch. 93A) of Plaintiff's Complaint, (2) Qualcore Logic (Analog), Inc.'s Motion to Strike Paragraphs 33, 34, 35 And Portions of Paragraph 36 of the Complaint and (3) Teraburst Networks, Inc. And Qualcore Group, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction is extended up to and including July 23, 2004.

Dated: July 8, 2004

| | |
|---|---|
| /s/ Marc N. Henschke<br>Marc N. Henschke (BBO No. 636146)<br>Karen Dahlberg<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>111 Huntington Avenue, Suite 1300<br>Boston, Massachusetts 02199-7610<br>Tel. (617) 267-2300<br>*Counsel for Plaintiff* | /s/ John M. Granberry<br>Michele A. Whitham (BBO No. 553705)<br>John M. Granberry (BBO No. 647086)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>Tel. (617) 832-1000<br>*Counsel for Defendants* |

APPROVED AND SO ORDERED:

Dated: _____     _____
                                                                              The Honorable Morris E. Lasker