UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG), INC.; QUALCORE GROUP, INC.; and TERABURST NETWORKS, INC.,<br><br>Defendants. | No. 04-CV-10905 (MEL) |

**NOTICE OF FILING AMENDED ANSWER AS OF RIGHT
PURSUANT TO FED. R. CIV. P. 15(A)**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Defendant QualCore Logic (Analog), Inc. hereby amends its Answer to the Complaint of plaintiff Ralph E. Grabowski as of right. Analog's Amended Answer filed herewith is submitted within twenty days of service of its original Answer.

QUALCORE LOGIC (ANALOG), INC.

By Its Attorneys,

/s/ Michele A. Whitham
Michele A. Whitham, BBO # 553705
John M. Granberry, BBO # 647086
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Dated: July 20, 2004