UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>        Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG),<br>INC.; QUALCORE GROUP, INC.; and<br>TERABURST NETWORKS, INC.,<br><br>        Defendants. | No. 04-CV-10905 (MEL) |

**CONSENT MOTION OF QUALCORE LOGIC (ANALOG), INC.
FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS
<u>MOTION TO DISMISS COUNT III (M.G.L. Ch. 93A)</u>**

      In accordance with the agreement reached by counsel for the parties on July 30, 2004 not to oppose the filing of reply briefs throughout this litigation, QualCore Logic (Analog), Inc. ("Analog") hereby files this assented to motion for leave to file the attached five- page Reply in support of its Motion to Dismiss Count III (M.G.L. Ch. 93A) of Plaintiff's Complaint. Analog seeks leave to file a reply in order to respond to the legal and factual issues raised in plaintiff's Opposition.

                                               Respectfully submitted,

                                               QUALCORE LOGIC (ANALOG), INC.,
                                               By Its Attorneys,

                                             <u>/s/ Michele A. Whitham</u>
                                             Michele A. Whitham, BBO # 553705
                                             John M. Granberry, BBO # 647086
                                             Foley Hoag LLP
                                             155 Seaport Boulevard
                                             World Trade Center West
                                             Boston, MA 02210-2600
                                             (617) 832-1000

Dated:  September 22, 2004

FHBoston/1088601.1