UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RALPH E. GRABOWSKI,

          Plaintiff,

v.

QUALCORE LOGIC (ANALOG),
INC.; QUALCORE GROUP, INC.; and
TERABURST NETWORKS, INC.,

          Defendants.

No. 04-CV-10905 (MEL)

**(PROPOSED) ORDER FILING DOCUMENTS UNDER SEAL**

There having been filed a motion requesting the filing under seal of certain materials

containing confidential business information of TeraBurst Networks, Inc. and QualCore Group,

Inc., and it appearing that there is good cause to file such materials under seal,

IT IS HEREBY ORDERED that the material identified as follows:

- Reply of TeraBurst Networks, Inc. and QualCore Group, Inc.;

- Supplemental Declaration of Johan Pirot, including attachments;

- Supplemental Declaration of Mahendra Jain; and,

- Declaration of Kathy Ishihara;

shall be filed under seal until sixty (60) days after the entry of final judgment herein, including

any applicable appeal period.  Thereafter, these materials shall be returned to counsel.

_____

Morris E. Lasker,
Senior District Judge, District of Massachusetts

Dated: _____, 2004

FHBOSTON/1110348.1