UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG),<br>INC.; QUALCORE GROUP, INC.; and<br>TERABURST NETWORKS, INC.,<br><br>    Defendants. | No. 04-CV-10905 (MEL) |

**ASSENTED TO MOTION OF TERABURST NETWORKS, INC. AND QUALCORE GROUP, INC. FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR <u>MOTION TO DISMISS FOR LACK OF PERSONAL JURSIDICTION</u>**

   In accordance with the agreement reached by counsel for the parties on July 30, 2004 not to oppose the filing of reply briefs throughout this litigation, Teraburst Networks, Inc. ("TeraBurst") and Qualcore Group, Inc. ("Group") hereby file this assented to motion for leave to file the attached fifteen-page Reply in support of their Motion to Dismiss for Lack of Personal Jurisdiction. TeraBurst and Group seek leave to file a reply in order to respond to the legal and factual issues raised in plaintiff's Opposition.

   The Reply and its attachments contain confidential information. Therefore, only a redacted version of the Reply brief is attached to the current motion for leave. The unredacted Reply and its attachments have been filed in paper form in sealed envelopes, together with a Motion seeking an Order permitting such filing under seal.

FHBOSTON/1088602.1

                          Respectfully submitted,

                          TERABURST NETWORKS, INC. and
                          QUALCORE GROUP, INC.,

                          By Their Attorneys,

                          /s/ Michele A. Whitham
                          Michele A. Whitham, BBO # 553705
                          John M. Granberry, BBO # 647086
                          Foley Hoag LLP
                          155 Seaport Boulevard
                          World Trade Center West
                          Boston, MA 02210-2600
                          (617) 832-1000

Dated: September 24, 2004