UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>QUALCORE LOGIC (ANALOG), INC.,<br><br>　　　　　Defendant. | No. 04-CV-10905 (MEL) |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

　　　Plaintiff Ralph E. Grabowski and Defendant QualCore Logic (Analog), Inc. jointly move for entry of the Stipulated Protective Order (the "Protective Order") attached as Exhibit 1.  In support of this Motion, the Parties state as follows:

　　　To facilitate discovery and to permit the disclosure of Confidential Information for the purposes of this litigation, the Parties have entered into and agree to be bound by the terms of the Protective Order, which is intended to govern the exchange of discovery between the parties, as well as with third parties.

WHEREFORE, the parties respectfully request that the Court enter the Protective Order attached as Exhibit 1.

Respectfully submitted,

| RALPH E. GRABOWSKI, | QUALCORE LOGIC (ANALOG), INC.; |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Marc N. Henschke | /s/ John M. Gransky |
| Marc N. Henschke, BBO # 636146 | Michele A. Whitham, BBO # 553705 |
| Karen Dahlberg | John M. Gransky, BBO # 647086 |
| ROBINS, KAPLAN, MILLER & CIRESI LLP | FOLEY HOAG LLP |
| 111 Huntington Avenue, Suite 1300 | 155 Seaport Boulevard |
| Boston, MA 02199-7610 | World Trade Center West |
| (617) 267-2300 | Boston, MA 02210-2600 |
|  | (617) 832-1000 |

Dated: January 4, 2005