# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

|  |  |
|---|---|
| RALPH E. GRABOWSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> QUALCORE LOGIC (ANALOG), INC., ) <br> ) <br> Defendant. ) <br> ) | NO. 04-CV- 10905 (MEL) |

## NOTICE OF CHANGE OF ADDRESS

The law firm of Robins, Kaplan, Miller & Ciresi L.L.P., counsel of record in the above-referenced matter for the named Plaintiff Ralph E. Grabowski, hereby provides notice to the Court and parties of the following change to its office address effective as of April 4, 2005:

| Old Address | New Address |
|---|---|
| Robins, Kaplan, Miller & Ciresi L.L.P. | Robins, Kaplan, Miller & Ciresi L.L.P. |
| 111 Huntington Avenue, Suite 1300 | 800 Boylston Street, 25th Floor |
| Boston, MA 02199 | Boston, MA 02199 |
| Tel.: (617) 267-2300 | Tel.: (617) 267-2300 |
| Fax: (617) 267-8288 | Fax: (617) 267-8288. |

Dated:  April 21, 2005

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Marc N. Henschke
_____
Marc N. Henschke (BBO No. 636146)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, Massachusetts  02199
Tel. (617) 267-2300

2

## **CERTIFICATE OF SERVICE**

      I, Marc N. Henschke, hereby certify that on April 21, 2005, I caused the attached *Notice Of Change Of Address* to be served electronically and by first class mail upon Defendant's counsel of record at the following address:

Michele A. Whitham, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, Massachusetts 02210-2600
(617) 832-1000

Dated: April 21, 2005     /s/ Marc N. Henschke
     _____
     Marc N. Henschke