IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>            Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG), INC.,<br><br>            Defendant. | No. 04-CV-10905 (MEL) |

## JOINT STATEMENT AND DISCOVERY PLAN

Pursuant to Local Rule 16.1(D), and Federal Rules of Civil Procedure 16(b) and (c) and 26(f), Plaintiff Ralph E. Grabowski ("Grabowski") and Defendant QualCore Logic (Analog), Inc. ("Analog") hereby submit a joint statement containing, *inter alia*, a proposed pretrial schedule.

### I. NATURE OF THE CASE

Grabowski alleges that he formerly acted as Vice President of Marketing on a temporary executive basis for Analog's predecessor company, LEDA Systems, Inc. ("LEDA"), pursuant to a written consulting agreement. Grabowski alleges that LEDA breached the consulting agreement by failing to pay him certain amounts of compensation due, including deferred cash payments, stock options, and a royalty percentage of revenues, debt, and equity. Analog denies that LEDA breached an agreement with Grabowski and that any amounts are owed to Grabowski.

## II. STATUS OF THE CASE

The parties have previously completed their exchange of initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). In addition, each party has served and responded to first sets of document requests and interrogatories, and each party has made an initial document production.

On January 4, 2004, the parties filed with the Court a joint motion for a protective order relating to the treatment of confidential information. It appears that the Court has not yet acted upon that motion, and accordingly the parties respectfully request that it be allowed at the Court's soonest convenience.

Counsel for the parties have conferred with their respective clients with a view toward establishing a budget for the costs of conducting this litigation, and for purposes of considering the resolution of this litigation through alternative dispute resolution programs. Certificates attesting to these client consultations are attached hereto as Exhibits A and B.

## III. PROPOSED DISCOVERY AND MOTION SCHEDULE

As a preliminary matter, the parties agree that the discovery event limitations of Local Rule 26.1(C) and Federal Rules of Civil Procedure 30(a)(2)(A) and 33(a) shall apply in this action. Moreover, the parties further agree to complete fact discovery prior to conducting expert discovery, but that no additional phasing of discovery should be required.

The parties propose the following schedule for the completion of discovery and dispositive motion practice:

A.  All fact discovery shall be completed by not later than December 16, 2005. Written discovery requests shall be served so that responses fall due on or before this date.

      B.    All initial expert reports addressing issues on which a party bears the burden of proof shall be served by not later than January 27, 2006.

      C.    All rebuttal expert reports shall be served by not later than February 13, 2006.

      D.    All expert depositions shall be completed by not later than February 28, 2006.

      E.    All dispositive motions shall be filed by not later than March 27, 2006.

      F.    All oppositions to dispositive motions shall be filed by not later than April 17, 2006.

      G.    All Management Conferences, Settlement Conferences, the Final Pretrial Conference, and Trial shall be scheduled by Order of the Court. The parties do *not* consent to trial by a magistrate judge.

      H.    All amendments to the pleadings, including the joinder of additional parties, may be made at any time permitted by law up to and including the time of trial if approved by the Court upon noticed motion.

## IV. OTHER MATTERS

At the initial scheduling conference, the parties wish to address with the Court its willingness to grant their joint motion for a protective order previously filed on January 4, 2004 if it still has not been granted by that time.

Dated: June 6, 2005                          Respectfully submitted,

                                              RALPH E. GRABOWSKI

                                              By his attorneys,

                                              /s/ Marc N. Henschke
                                              Marc N. Henschke, Esq. (BBO No. 636146)
                                              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                              111 Huntington Avenue, Suite 1300
                                              Boston, Massachusetts 02199-7610
                                              Tel. (617) 267-2300

QUALCORE LOGIC (ANALOG), INC.,

By its attorneys,

/s/ John M. Gransky
Michele A. Whitham, Esq. ((BBO No. 553705)
John M. Gransky, Esq. (BBO No. 647086)
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, Massachusetts 02210-2600
Tel. (617) 832-1000

35023984.1

4