IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RALPH E. GRABOWSKI, | )<br>)<br>) No. 04-CV-10905 (MEL)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QUALCORE LOGIC (ANALOG), INC., )<br>)<br>Defendant. )<br>) |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned party and his counsel of record have conferred regarding the following issues:

(i) establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

(ii) possible resolution of this litigation though alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: May 27, 2005

RALPH E. GRABOWSKI                         ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

_____            _____
Ralph E. Grabowski                         Marc N. Henschke, Esq. (BBO No. 636146)