Case 1:04-cv-10905-MEL    Document 29-3    Filed 06/06/2005    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>                 Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG), INC.,<br><br>                 Defendant. | No. 04-CV-10905 (MEL) |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned party and its counsel of record have conferred regarding the following issues:

    (i)    establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

    (ii)   possible resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: May 27, 2005

QUALCORE LOGIC (ANALOG), INC.            FOLEY HOAG LLP

_/s/ Mahendra Jain_                                              _/s/ John M. Gransky_
Mahendra Jain                                                      Michele A. Whitham, BBO # 553705
                                                                          David C. Kurtz, BBO # 641380
                                                                          John M. Gransky, BBO # 647086
                                                                          Foley Hoag LLP
                                                                          155 Seaport Boulevard
                                                                          World Trade Center West
                                                                          Boston, MA 02210-2600
                                                                          (617) 832-1000

B3041867.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>QUALCORE LOGIC (ANALOG), INC.,<br><br>　　　　　　　Defendant. | No. 04-CV-10905 (MEL) |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned party and its counsel of record have conferred regarding the following issues:

(i)　establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

(ii)　possible resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: May 27, 2005

QUALCORE LOGIC (ANALOG), INC.　　　　　FOLEY HOAG LLP

_/s/ Mahendra Jain_　　　　　　　　　　　　　　　_/s/ John M. Gransky_
Mahendra Jain　　　　　　　　　　　　　　　　Michele A. Whitham, BBO # 553705
　　　　　　　　　　　　　　　　　　　　　　David C. Kurtz, BBO # 641380
　　　　　　　　　　　　　　　　　　　　　　John M. Gransky, BBO # 647086
　　　　　　　　　　　　　　　　　　　　　　Foley Hoag LLP
　　　　　　　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　　　　　　　World Trade Center West
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02210-2600
　　　　　　　　　　　　　　　　　　　　　　(617) 832-1000

B3041867.1