UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG), INC.,<br><br>Defendant. | No. 04-CV-10905 (MEL)<br><br>ORAL ARGUMENT REQUESTED |

**QUALCORE LOGIC (ANALOG), INC.'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

In accordance with Fed R. Civ. P. 37(a) and L.R. 37.1, Defendant QualCore Logic (Analog), Inc. ("Analog") hereby moves for an Order compelling Plaintiff Ralph E. Grabowski ("Grabowski") to produce two categories of documents sought in the course of discovery in the case and plainly relevant to elucidating the Parties' competing claims and defenses: (1) documents reflecting agreements (including compensation arrangements) that Grabowski entered into (or sought to enter into) with third parties in connection with his provision of services as a temporary Marketing Consultant or Vice President of Marketing, the roles he claims he held with Analog's predecessor-in-interest LEDA Systems, Inc. ("LEDA"); and (2) documents concerning services provided by Grabowski similar to those he (allegedly) provided to LEDA. These documents are sought by Analog because they will confirm or deny certain allegations made by Grabowski in his Complaint, are relevant to establishing Analog's affirmative defenses to Grabowski's claims and/or are relevant as a matter of law to the Court's interpretation of the facially ambiguous 1997 consulting agreement between Grabowski and LEDA and its determination of whether or not Grabowski himself complied with its terms (and thus earned the disputed compensation).

B3077479.2

In support of this Motion, Analog relies upon its Memorandum of Law and the Affidavit of David C. Kurtz submitted herewith.

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(D), Analog hereby requests that the Court schedule a hearing of this motion, as it believes that oral argument of approximately ten (10) minutes per party will assist the Court in resolving the issues presented.

Respectfully submitted,

QUALCORE LOGIC (ANALOG), INC.;

By its attorneys,

_____
Michele A. Whitham, BBO # 553705
David C. Kurtz, BBO # 641380
John M. Gransky, BBO # 647086
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Dated: August 8, 2005

## LOCAL RULE 7.1(A)(2) and 37.1(B) CERTIFICATION

I, David C. Kurtz, co-counsel for Analog, hereby certify that counsel for the parties conferred in good-faith three times (twice by telephone, once by exchange of letters as set forth at pages 4-5 of the Memorandum accompanying this Motion) to resolve or narrow the issues presented by this Motion, but were unsuccessful in this attempt. I further certify that Analog has complied with all provisions of Local Rule 37.1 in connection with the filing of this Motion.

_____
David C. Kurtz, Esquire

## CERTIFICATE OF SERVICE

I, David C. Kurtz, hereby certify that a true copy of the above document was served, by hand on August 8, 2005, upon Marc N. Henschke, Robins, Kaplan, Miller & Ciresi LLP, 800 Boylston Street, 25th Floor, Boston, MA 02199, counsel of record for Plaintiff Ralph E. Grabowski.

_____
David C. Kurtz, Esquire