IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>                Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG), INC.,<br><br>                Defendant. | No. 04-CV-10905 (MEL) |

**JOINT MOTION FOR TEMPORARY STAY
AND APPROVAL OF REVISED DISCOVERY AND MOTION SCHEDULE**

As a means of accommodating settlement discussions, Plaintiff Ralph E. Grabowski ("Grabowski") and Defendant QualCore Logic (Analog), Inc. ("Analog") (collectively "the parties") hereby move this Court to grant a temporary stay to all proceedings, and to approve the proposed revised pre-trial schedule, attached hereto as Exhibit A. As grounds for this mutually agreed upon motion, the parties state the following:

    1.    Under the Joint Statement and Discovery Plan submitted by the parties on June 6, 2005, the parties stipulated that all fact discovery in this case would be completed by no later than December 16, 2005, less than two months from today.

    2.    Based on information learned through the fact discovery that has already been completed, the parties have agreed to conduct good faith settlement negotiations over the next several weeks.

B3114569.1

3.  Fact discovery has not been completed, however, and the parties anticipate that further discovery and motion practice will be necessary in order to prepare for trial should settlement negotiations fail.

4.  Given that the first of several pre-trial deadlines is fast approaching, the parties concur that it will be difficult to engage in productive settlement negotiations unless the stipulated pre-trial schedule is modified to allow adequate time for settlement discussions, which will involve complex issues such as the valuation of stock options following serial mergers, to take place.

5.  The parties therefore propose that all activity in this case, including discovery and motion practice, be stayed until January 16, 2006, to permit a reasonable, but not boundless period of time to work to settle the case.

6.  If settlement negotiations prove unsuccessful and a settlement of all claims has not been reached by the parties by January 16, 2006, pre-trial activity will re-commence at that time with all dates and deadlines adjusted forward accordingly. These revised dates are reflected in the Updated Joint Statement and Revised Discovery and Motion Schedule attached hereto as <u>Exhibit A</u>.

7.  The parties further agree that, if the stay is approved but settlement negotiations prove unsuccessful, neither party will hereafter be permitted to argue or move that the period of negotiation of the stay or the stay itself has been prejudicial or constitutes evidence of undue delay with respect to bringing motions or conducting discovery.

Respectfully submitted,

RALPH E. GRABOWSKI

By his attorneys,

_____
Marc N. Henschke, Esq. (BBO No. 636146)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199-7610
Tel. (617) 267-2300


QUALCORE LOGIC (ANALOG), INC.,

By its attorneys,

_____
Michele A. Whitham, Esq. (BBO No. 553705)
David C. Kurtz, Esq. (BBO No. 641380)
John M. Gransky, Esq. (BBO No. 647086)
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, Massachusetts 02210-2600
Tel. (617) 832-1000

Dated: October 26, 2005