# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RALPH E. GRABOUSKI
        Plaintiff

V.

QUALCORE LOGIC (ANALOG), INC.
        Defendant

CIVIL ACTION

NO.  04-10905-MEL

## SETTLEMENT ORDER OF DISMISSAL

**LASKER, S.D.J.**

    The Court having been advised on  April 7, 2006  that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                      By the Court,

April 10, 2006               /s/ George H. Howarth
Date                        Deputy Clerk