UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>QUALCORE LOGIC (ANALOG), INC.,<br><br>　　　　　Defendant. | No. 04-CV-10905 (MEL) |

## MOTION FOR SIXTY DAY SETTLEMENT ORDER OF DISMISSAL

Plaintiff Ralph E. Grabowski ("Grabowski") and Defendant QualCore Logic (Analog), Inc. ("Analog") (collectively "the parties") hereby move this Court to grant a sixty day settlement order of dismissal. As grounds for this mutually agreed upon motion, the parties state the following:

1.　　On April 6, 2006, the parties reached an agreement in principle regarding settlement of this matter. The parties have agreed to formalize the terms of the settlement in a written settlement agreement.

2.　　In order to allow sufficient time for the parties to negotiate the terms of a written settlement agreement, the parties agreed to notify the Court of the settlement in principle and request issuance of a 60-day settlement order of dismissal. The parties believe that sixty days will provide them with sufficient time to negotiate and finalize the terms of a written settlement agreement.

B3188008.1

3.      On April 7, 2006, the parties orally informed the Court by telephone of the settlement in principle. George Howarth, Courtroom Clerk to Senior District Court Judge Morris E. Lasker, requested that the parties submit this joint motion.

WHEREFORE, the parties respectfully request that the Court enter a sixty day settlement order of dismissal, providing them with sixty days, or until **June 9, 2006,** in which to negotiate and execute a written settlement agreement in this matter. The parties further request that this Order be entered without prejudice to the right, upon good cause shown within sixty days, to request reopening of the case (or an extension of the order) if settlement is not consummated.

Respectfully submitted,

| RALPH E. GRABOWSKI, | QUALCORE LOGIC (ANALOG), INC., |
|---|---|
| By his attorneys, | By its attorneys, |
| */s/ Marc Henschke /DK (w/permission)* | */s/ David Kurtz* |
| Marc N. Henschke, BBO # 636146 | Michele A. Whitham, BBO # 553705 |
| ROBINS, KAPLAN, MILLER & CIRESI LLP | David C. Kurtz, BBO # 641380 |
| 800 Boylston Street, 25th Floor | FOLEY HOAG LLP |
| Boston, MA 02199-8001 | 155 Seaport Boulevard |
| (617) 267-2300 | World Trade Center West |
|  | Boston, MA 02210-2600 |
|  | (617) 832-1000 |

Dated: April 10, 2006