UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG), INC.,<br><br>Defendant. | No. 04-CV-10905 (MEL) |

### MOTION FOR EXTENSION OF SIXTY DAY SETTLEMENT ORDER OF DISMISSAL

Plaintiff Ralph E. Grabowski ("Grabowski") and Defendant QualCore Logic (Analog), Inc. ("Analog") (collectively "the parties") hereby move this Court to grant a two week extension, until **Friday, June 23, 2006**, of the sixty day settlement order of dismissal entered by the Court on April 10, 2006. As grounds for this mutually agreed upon motion, the parties state the following:

1. On April 6, 2006, the parties reached an agreement in principle regarding settlement of this matter. The parties agreed to formalize the terms of the settlement in a written settlement agreement.

2. In order to allow sufficient time for the parties to negotiate the terms of a written settlement agreement, the parties notified the Court of the settlement in principle and requested issuance of a sixty day settlement order of dismissal, which the Court granted on April 10, 2006. Since that time, the parties have been negotiating and finalizing the terms of a written settlement agreement.

B3214272.1

3.       Despite their efforts, the parties have not yet agreed upon all terms of the written settlement agreement. The parties are confident that two additional weeks will provide sufficient time for them to resolve any remaining disputes and execute a final agreement.

WHEREFORE, the parties respectfully request that the Court enter a two week extension of the sixty day settlement order of dismissal, allowing the parties until **June 26, 2006** to continue to negotiate and ultimately execute a written settlement agreement in this matter. The parties further request that this Order be entered without prejudice to the right, upon good cause shown, to request reopening of the case (or an extension of the Order) if settlement is not consummated by June 26, 2006.

Respectfully submitted,

| | |
|---|---|
| RALPH E. GRABOWSKI, | QUALCORE LOGIC (ANALOG), INC., |
| By his attorneys, | By its attorneys, |
| *Marc Henschke /DK (w/permission)* | *[signature]* |
| Marc N. Henschke, BBO # 636146 | Michele A. Whitham, BBO # 553705 |
| ROBINS, KAPLAN, MILLER & CIRESI LLP | David C. Kurtz, BBO # 641380 |
| 800 Boylston Street, 25th Floor | FOLEY HOAG LLP |
| Boston, MA 02199-8001 | 155 Seaport Boulevard |
| (617) 267-2300 | World Trade Center West |
| | Boston, MA 02210-2600 |
| | (617) 832-1000 |

Dated:  June 8, 2006