UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>        Plaintiff,<br><br>        v.<br><br>QUALCORE LOGIC (ANALOG), INC.,<br><br>        Defendant. | No. 04-CV-10905 (MEL) |

## SECOND JOINT MOTION FOR EXTENSION
## OF SIXTY DAY SETTLEMENT ORDER OF DISMISSAL

Plaintiff Ralph E. Grabowski ("Grabowski") and Defendant QualCore Logic (Analog), Inc. ("Analog") (collectively, "the parties") hereby move this Court to grant a second extension, until **Friday, July 21, 2006**, of the sixty day settlement order of dismissal entered initially by the Court on April 10, 2006, and as extended for two weeks on June 13, 2006. As grounds for this mutually agreed upon motion, the parties state the following:

    1.      On April 6, 2006, the parties reached a basic agreement in principle regarding the settlement of this matter. The parties agreed to formalize the specific terms of the settlement in a written settlement agreement.

    2.      In order to allow sufficient time for the parties to negotiate the terms of a written settlement agreement, the parties notified the Court of the settlement in principle and requested issuance of a sixty day settlement order of dismissal, which the Court granted on April 10, 2006. Since that time, the parties have been negotiating and finalizing the terms of a written settlement agreement.

B3220214.1

3.  On June 8, 2006, recognizing that they would require additional time to resolve a few remaining disputes and execute a final agreement, the parties moved the Court to extend the sixty day settlement order of dismissal by two weeks, until June 23, 2006. The Court granted the parties' motion on June 13, 2006.

4.  The parties have now agreed upon all the terms to be memorialized in a written settlement agreement. Before executing the agreement, however, Analog must seek and receive shareholder and Board approval (the "approval process"). The approval process -- which is expected to be successful -- may take several weeks to complete.

WHEREFORE, the parties respectfully request that the Court enter a four (4) week extension of the sixty day settlement order of dismissal, allowing the parties until **July 21, 2006** to complete the approval process and execute a final written settlement agreement. The parties further request that this Order be entered without prejudice to the right, upon good cause shown, to request reopening of the case (or an extension of the Order) if the approval process proves unsuccessful or if settlement is not consummated for any other reason by July 21, 2006.

Respectfully submitted,

| | |
|---|---|
| RALPH E. GRABOWSKI, | QUALCORE LOGIC (ANALOG), INC., |
| By his attorneys, | By its attorneys, |
| /s/ Marc Henschke /DK (w/ permission) | /s/ | 
| Marc N. Henschke, BBO # 636146 | Michele A. Whitham, BBO # 553705 |
| ROBINS, KAPLAN, MILLER & CIRESI LLP | David C. Kurtz, BBO # 641380 |
| 800 Boylston Street, 25th Floor | FOLEY HOAG LLP |
| Boston, MA 02199-8001 | 155 Seaport Boulevard |
| (617) 267-2300 | Boston, MA 02210-2600 |
| | (617) 832-1000 |

Dated: June 21, 2006