UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH E. GRABOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>QUALCORE LOGIC (ANALOG), INC.,<br><br>Defendant. | No. 04-CV-10905 (MEL) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Fed. R. Civ. P. 41(a)(1), Plaintiff Ralph E. Grabowski and Defendant QualCore Logic (Analog), Inc. hereby stipulate that this action (and all claims raised in this action, including affirmative defenses) shall be dismissed with prejudice, without assessment of attorneys' fees, interest or costs against either party, and without right of appeal.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| RALPH E. GRABOWSKI, | QUALCORE LOGIC (ANALOG), INC., |
| By his attorneys, | By its attorneys, |
| /s/ Marc N. Henschke<br>Marc N. Henschke, BBO # 636146<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>800 Boylston Street, 25th Floor<br>Boston, MA 02199-8001<br>(617) 267-2300 | /s/ Michele A. Whitham<br>Michele A. Whitham, BBO # 553705<br>David C. Kurtz, BBO # 641380<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>World Trade Center West<br>Boston, MA 02210-2600<br>(617) 832-1000 |

Dated: August 9, 2006

35033257